BENJAMIN B. WAGNER
United States Attorney
DEBORAH L. STACHEL
Acting Regional Chief Counsel, Region IX
BRENDA M. PULLIN
Special Assistant United States Attorney
Social Security Administration

    160 Spear Street, Suite 800
    San Francisco, California  94105
    Telephone:  (415) 977-8975
    Facsimile:  (415) 744-0134
    E-Mail: Brenda.Pullin@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL GENE POWERS,<br><br>    Plaintiff,<br><br>        v.<br><br>CAROLYN W. COLVIN,<br><br>Acting Commissioner of Social Security,<br><br>    Defendant. | CASE NO. 1:15-CV-77-EPG<br><br>STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSIVE BRIEF |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's brief in support of remand.  The extension is necessary because the undersigned attorney for Defendant was unexpectedly out of the office from October 9, 2015, to October 19, 2015, due to medical

issues.  The undersigned attorney for Defendant is diligently working to catch up on her full caseload, but will need additional time to address this case among the numerous cases which have also fallen due in her absence.

There has been one prior extension in this case, a 10-day extension of time for Plaintiff to serve his confidential letter brief.  Defendant's motion was previously due on or before October 14, 2015; the new deadline would be November 13, 2015.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Dated: October 20, 2015            By: /s/ Young Chul Cho
                                        (as authorized via e-mail)
                                        YOUNG CHUL CHO
                                        Attorney for Plaintiff

                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated: October 20, 2015            By:/s/ Brenda M. Pullin
                                        BRENDA M. PULLIN
                                        Special Assistant U.S. Attorney

                                        Attorneys for Defendant


**ORDER**

The Court adopts the parties' stipulation outlined above.  The Commissioner's Opposition shall be filed no later than **November 13, 2015**.  Any optional Reply shall be filed within fifteen days of the Opposition.

IT IS SO ORDERED.

Dated:   **October 23, 2015**              /s/ Erica P. Grosjean
                                           UNITED STATES MAGISTRATE JUDGE

2