# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| RANDALL GENE POWERS, | Case No.: 1:15-CV-00077-EPG |
| Plaintiff, | STIPULATION AND ORDER FOR AN EXTENSION OF FIVE DAYS FOR DEFENDANT TO FILE HER OPPOSITION TO PLAINTIFF'S OPENING BRIEF |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that Defendant shall have an extension of time of five days to file her Opposition to Plaintiff's Opening Brief. The parties previously stipulated to a 30-day extension for Defendant to file her Opposition to Plaintiff's Opening Brief. The assigned attorney, Brenda Pullin, has been out on leave for an extended period and the matter has been reassigned to Jennifer A. Kenney as of November 16, 2015. The five additional days requested will enable Ms. Kenney to review the record and adequately research and respond to the issues Plaintiff has presented. The current due date for Defendant's Opposition was November 13, 2015. The new due date will be November 18, 2015. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated: November 16, 2015          /s/ *Young Cho
                                  (*as authorized by email on Nov. 16, 2015)
                                  YOUNG CHO
                                  Law Offices of Lawrence D. Rohlfing
                                  Attorney for Plaintiff


Dated: November 16, 2015          BENJAMIN B. WAGNER
                                  United States Attorney
                                  DEBORAH LEE STACHEL
                                  Acting Regional Chief Counsel, Region IX,
                                  Social Security Administration

                          By:     /s/ Jennifer A. Kenney
                                  JENNIFER A. KENNEY
                                  Special Assistant U.S. Attorney
                                  Attorneys for Defendant

**ORDER**

The Court approves the above stipulation nunc pro tunc. Defendant shall file her Opposition to Plaintiff's Opening Brief **no later than November 18, 2015.** Any optional Reply is due fifteen days after the service of the Opposition.

IT IS SO ORDERED.

Dated:   **November 19, 2015**            /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE