Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Randall Gene Powers

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL GENE POWERS,<br><br>                    Plaintiff,<br><br>          vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>                    Defendant. | Case No.: 1:15-cv-00077-EPG<br><br>STIPULATION AND ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

TO THE HONORABLE ERICA P. GROSJEAN, MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, subject to the approval of the Court, that Randall Gene Powers be awarded attorney fees in the amount of four thousand seven hundred dollars ($4,700.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).  This amount represents compensation for all legal services rendered on

1    behalf of Plaintiff by counsel in connection with this civil action, in accordance

2    with 28 U.S.C. §§ 1920; 2412(d).

3        After the Court issues an order for EAJA fees to Randall Gene Powers, the

4    government will consider the matter of Randall Gene Powers's assignment of

5    EAJA fees to Young Cho.  The retainer agreement containing the assignment is

6    attached as exhibit 1.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010),

7    the ability to honor the assignment will depend on whether the fees are subject to

8    any offset allowed under the United States Department of the Treasury's Offset

9    Program.  After the order for EAJA fees is entered, the government will determine

10   whether they are subject to any offset.

11       Fees shall be made payable to Randall Gene Powers, but if the Department

12   of the Treasury determines that Randall Gene Powers does not owe a federal debt,

13   then the government shall cause the payment of fees, expenses and costs to be

14   made directly to Law Offices of Lawrence D. Rohlfing, pursuant to the assignment

15   executed by Randall Gene Powers.[1]  Any payments made shall be delivered to

16   Young Cho.

17       This stipulation constitutes a compromise settlement of Randall Gene

18   Powers's request for EAJA attorney fees, and does not constitute an admission of

19   liability on the part of Defendant under the EAJA or otherwise.  Payment of the

20   agreed amount shall constitute a complete release from, and bar to, any and all

21   claims that Randall Gene Powers and/or Young Cho including Law Offices of

22   Lawrence D. Rohlfing may have relating to EAJA attorney fees in connection with

23   this action.

24   _____

25   [1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien
     under federal law against the recovery of EAJA fees that survives the Treasury
26   Offset Program.

1    This award is without prejudice to the rights of Young Cho and/or the Law

2  Offices of Lawrence D. Rohlfing to seek Social Security Act attorney fees under

3  42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

    DATE: August 16, 2016          Respectfully submitted,

4
                                   LAW OFFICES OF LAWRENCE D. ROHLFING
5
                                        /s/ *Young Cho*
6                          BY:_____
                                        Young Cho
7                                       Attorney for plaintiff Randall Gene Powers

8

9  DATE: August 16, 2016          PHILLIP A. TALBERT
                                   Acting United States Attorney
10

11                                     /s/ *Jennifer A. Kenney*
                                   _____
12                                 JENNIFER A. KENNEY
                                   Special Assistant United States Attorney
13                                 Attorneys for Defendant Carolyn W. Colvin,
                                   Acting Commissioner of Social Security
14

15                                      **ORDER**

16       Based on the above stipulation between the parties, it is ordered that fees and

17  expenses in the amount of $4,700.00, as authorized by 28 U.S.C. § 2412(d), and no

18  costs under 28 U.S.C. § 1920, be awarded subject to the terms of the stipulation.

19

20

21  IT IS SO ORDERED.

22
    Dated:   **August 17, 2016**              /s/ Erica P. Grosjean
23                                   _____
                                     UNITED STATES MAGISTRATE JUDGE
24

25

26

                                       -3-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26